# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (12 C 1494) | **DATE** | 1/8/2013 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [164], all claims, counterclaims and defenses between plaintiff and defendant Northern Illinois Gas Co., are dismissed without prejudice, and Northern Illinois Gas Co. is dismissed as a party in this case, with each party to bear its owns costs and fees. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|